```
                 UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK KERMIT BENNETT,            :    CIVIL NO. 4:06-CV-1998
                                :
          Petitioner            :    (Judge Jones)
                                :
     v.                         :    (Magistrate Judge Smyser)
                                :
GERALD ROZUM,                   :
                                :
          Respondent            :
```

**ORDER**

By an Order dated March 7, 2007, we appointed counsel to represent the petitioner in this 28 U.S.C. § 2254 habeas corpus case. The Order of March 7th also ordered the petitioner's counsel to file, on or before April 10, 2007, either a brief in support of the petition or an amended petition. The Order of March 7th further ordered the respondent to respond to the petitioner's filings within twenty days after filing.

After requesting and receiving extensions of time, the petitioner's counsel filed a brief in support of the petition on June 22, 2007.

Contrary to the Order of March 7th, the respondent has not filed a response to the petitioner's filing. We will again order the respondent to file a response.

**IT IS ORDERED** that, on or before August 13, 2007, the respondent shall file a responsive brief.  **IT IS FURTHER ORDERED** that the petitioner may file a reply within ten days after the respondent's responsive brief is filed.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  July 26, 2007.