IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK KERMIT BENNETT,               :     No. 4:06-cv-1998
      Petitioner,              :
                       :     (Judge Jones)
      v.                      :
                       :     (Magistrate Judge Smyser)
GERALD ROZUM, *et al.*,             :
      Respondents             :

## ORDER

April 1, 2008

In accordance with the Memorandum entered on this date, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 40) is ADOPTED in part and REJECTED in part to the extent indicated in the accompanying memorandum;

2. Petitioner's Objections to the Report and Recommendation are SUSTAINED in part and DENIED in part to the extent indicated in the accompanying memorandum;

3. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED; and

4.    The Clerk of the Court is direct to CLOSE this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge